IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABIGAIL MULLEN, | ) |
| | ) |
| Plaintiff, | ) 2:20-cv-2020 |
| | ) |
| vs. | ) |
| | ) |
| MSA SAFETY INCORPORATED, | ) |
| | ) |
| Defendant. | ) |

ORDER SCHEDULING
INITIAL CASE MANAGEMENT CONFERENCE

1.   **Initial Rule 16 Case Management Conference**.  Under Local Rule 16.1, a telephonic initial case management conference is scheduled for **May 6, 2021** at **10:00 a.m**. Dial-in instructions will follow this Order. The parties should be prepared to discuss the claims and defenses in the case, anticipated discovery, and pre-trial and trial deadlines. **If the case is a putative class action or collective action, all named plaintiffs must attend the conference, either in person or by phone.**

2.   **Rule 26(f) Report and ADR Stipulation.**  At least ten (10) days before the Rule 16 initial case management conference, the parties shall confer and file a completed version of the Court's modified Rule 26(f) Report (https://www.pawd.uscourts.gov/sites/pawd/files/Ranjan_Rule26_Report_01292020.pdf) and a stipulation on the use of Alternative Dispute Resolution (ADR) (https://www.pawd.uscourts.gov/sites/pawd/files/ADRSTIP-APRIL2017-

w.pdf). The Court will separately docket a copy of its modified Rule 26(f) report following this order.

In the stipulation, the parties must identify the type of ADR selected, the neutral, the date of the ADR session, and the names of all people attending (including a corporate representative with settlement authority, if applicable). The Court needs this information before the initial case management conference in order to set an appropriate schedule. If the stipulation does not contain the required information, the Court will strike it and require the parties to file a corrected stipulation.

Given how logistically complicated it can often be to schedule an ADR session, the Court advises the parties to begin working on the stipulation now to help avoid incomplete submissions.

**3.     Practices and Procedures.** Counsel must familiarize themselves and comply with the Court's Practices and Procedures, available on the Court's website (https://www.pawd.uscourts.gov/sites/pawd/files/Ranjan_Practices_Procedures_10_19.pdf).

**4.     Service of this Order.** If defense counsel has not yet entered their appearances, plaintiff's counsel is ordered to serve a copy of this order on all defense counsel.

DATED this 18th day of March, 2021.

BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge