**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Judge J. Nicholas Ranjan |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Fed. R. Civ. P. 26(f) REPORT OF THE PARTIES**

**1.  Subjects of Fact Discovery:**

**2.  Subjects of Expert Discovery:**

**3.  Can fact and expert discovery occur at the same time? Why/why not?**

**4.  Pre-trial Deadlines:**
   **a.**  Date for Initial Disclosures:

  **b.** Date for joinder/amendment:
  **c.** Date for close of fact discovery:
  **d.** Date for close of expert discovery, if bifurcated:

**5.** <u>**Do the parties want a Rule 502 non-waiver order – Yes or No?**</u>

**6.** <u>**Are there any ESI issues to address? If yes, please explain:**</u>

**7.** <u>**Protective Order – Yes or No? If yes, please explain:**</u>

              Respectfully submitted,

_____     _____