IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABIGAIL MULLEN<br><br>Plaintiff,<br>vs.<br>MSA SAFETY INCORPORATED<br><br>Defendants. | Civil Action No. 2:20-cv-02020<br>Judge J. Nicholas Ranjan |

### Fed. R. Civ. P. 26(f) REPORT OF THE PARTIES

1. **Subjects of Fact Discovery:**

    The parties will conduct fact discovery regarding:

    • Plaintiff's employment by Defendant, including Plaintiff's job duties, compensation, work performance, and disciplinary record;
    • The facts surrounding the end of Plaintiff's employment;
    • Defendant's applicable workplace policies, practices, and procedures;
    • Plaintiff's alleged damages, including mitigation efforts, if any; and
    • The defenses set forth in Defendant's Answer.

2. **Subjects of Expert Discovery:**

    N/A.  The Parties do not anticipate retaining experts in this matter.

3. **Can fact and expert discovery occur at the same time? Why/why not?**

    N/A.  The Parties do not anticipate retaining experts in this matter.

4. **Pre-trial Deadlines:**
    a. Date for Initial Disclosures: 5/20/2021

      **b.** Date for joinder/amendment: 6/4/2021 **

      **c.** Date for close of fact discovery: 9/1/2021

      **d.** Date for close of expert discovery, if bifurcated:

5. **Do the parties want a Rule 502 non-waiver order – Yes or No?**

   No

6. **Are there any ESI issues to address? If yes, please explain:**

   No, the Parties do not disagree about any matters relevant to ESI.

7. **Protective Order – Yes or No? If yes, please explain:**

   The parties may wish to enter into a stipulated protective order in the event that documents or information produced in discovery contain Defendant's confidential and proprietary business information and/or personal information related to non-parties. If the parties determine that a protective order is necessary, they agree to work cooperatively to submit any such order to the Court in a timely manner to avoid any delay in these proceedings.

Date:  April 26, 2021                                                                                               Respectfully submitted,

| /s/ David M. Manes | /s/ Laura C. Bunting |
|---|---|
| David M. Manes | Marla N. Presley, Esquire |
| PA ID No. 314661 | PA ID No. 91020 |
| Manes & Narahari, LLC | Laura C. Bunting |
| Law and Finance Building | PA ID No. 307274 |
| 429 Fourth Avenue, Ste 300 | Jackson Lewis P.C. |
| Pittsburgh, PA 15219 | 1001 Liberty Avenue, Suite 1000 |
| (412) 626-5570 - Telephone | Pittsburgh, Pennsylvania 15222 |
| (412) 650-4845 – Fax | (412) 232-0404 - Telephone |
| dm@manesnarahari.com | (412) 232-3441 – Fax |
| | marla.presley@jacksonlewis.com |
| Attorney for Plaintiff | laura.bunting@jacksonlewis.com |
| | Attorneys for Defendant |

**Plaintiff intends to file an Amended Complaint in September 2021 to include PHRA claims.