# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABIGAIL MULLEN, | ) | Civil Action No. 2:20-cv-02020 |
| | ) | |
| Plaintiff, | ) | Honorable J. Nicholas Ranjan |
| | ) | |
| v. | ) | |
| | ) | *ELECTRONICALLY FILED* |
| MSA SAFETY PITTSBURGH MANUFACTURING, LLC, | ) ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff, Abigail Mullen, and Defendant, MSA Safety Pittsburgh Manufacturing, LLC, hereby move this Court to enter a protective order, and in support thereof, state as follows:

1. This Court entered a Case Management Order on May 7, 2021 following its Initial Case Management Conference. Doc. No. 16.

2. In that Order, the Parties were directed to file a joint motion for entry of a protective order by May 14, 2021. Id.

3. Since that time, the Parties have conferred and agreed-on the Stipulated Protective Order attached to this Motion.

4. Accordingly, the Parties request that the Court grant this Motion and enter the Stipulated Protective Order.

Dated: May 14, 2021                                         Respectfully submitted,

MANES & NARAHARI, LLC                          JACKSON LEWIS P.C.


 /s/ David M. Manes                                             /s/ Laura C. Bunting
   David M. Manes, Esquire                                  Marla N. Presley, Esquire

<div style="display: flex;">

PA ID No. 314661  
Law and Finance Building  
429 Fourth Avenue, Ste 300  
Pittsburgh, PA 15219  
(412) 626-5570 - Telephone  
(412) 650-4845 – Fax  

dm@manesnarahari.com  

*Counsel for Plaintiff*

PA ID No. 91020  
Laura C. Bunting, Esquire  
PA ID No. 307274  
Jackson Lewis P.C.  
1001 Liberty Avenue, Suite 1000  
Pittsburgh, Pennsylvania 15222  
(412) 232-0404 - Telephone  
(412) 232-3441 – Fax  

marla.presley@jacksonlewis.com  
laura.bunting@jacksonlewis.com  

*Counsel for Defendant*

</div>