IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MULLEN                                           )
                                                 )
                                                 )
                                                 )
            Plaintiff(s)                         )
       v.                                        )   Civil Action No. 2:20-cv-02020
                                                 )
MSA SAFETY PITTSBURGH MANUFACTURING, LLC         )
                                                 )
                                                 )
            Defendant(s)                         )

## REPORT OF NEUTRAL

A  mediation  session was held in the above captioned matter on  July 8, 2021  .

The case (please check one):
    \_\_\_\_\_has resolved
    \_\_\_\_\_has resolved in part (see below)
    __X__ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

Dated: July 9, 2021                    /s Kenneth J. Benson
                                       Signature of Neutral

Rev. 09/11